1  JOHN BRISCOE (No. 053223)
   RICHARD WALLACE (No. 124286)
2  BRISCOE IVESTER & BAZEL LLP
   155 Sansome Street, Seventh Floor
3  San Francisco, CA 94104
   Telephone: (415) 402-2700
4  Facsimile: (415) 398-5630

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIORNIA

10             SAN FRANCISCO DIVISION

11

12 | Michael Raynal, an individual; Philip Raynal, | No. C 11-05599 NC
   | an individual; Roger Raynal, an individual;
13 | Jeffrey Lindstrom, an individual; Keith       | STIPULATION FOR BRIEFING
   | Lindstrom, an individual; Lea J. Raynal,      | SCHEDULE AND TO CONTINUE
14 | individually and as Trustee of the Allan L.   | HEARING FOR DEFENDANT'S
   | Raynal and Lea J. Raynal Revocable Trust      | MOTION TO DISMISS; and
15 | dated August 31, 1999; Bruce Young, an        | [PROPOSED] ORDER THEREON
   | individual; Gary Young, an individual; Gary
16 | A. Young and Cheryl A. Young, individually
   | and as Trustees of the Gary A. Young and      | Date:      January 4, 2012
17 | Cheryl A. Young Revocable Living Trust        | Judge:     Hon. Nathanael Cousins
   | dated February 15, 2002; Craig Young, an      | Time:      9:00 a.m.
18 | individual; Albert A. Fouchy, an individual;  | Floor:     15
   | Linda Fouchy, also known as Linda             | Courtroom: A
19 | Townsend, an individual; Frances Young, an
   | individual; and Robert M. Warner and Jill
20 | Barbieri-Warner, individually and as Trustees
   | of the Robert M. Warner and Jill Barbieri-
21 | Warner Family Trust dated March 1, 2005,

22                         Plaintiffs,

23        vs.

24 | National Audubon Society, Inc., a not-for-
   | profit corporation,; and DOES 1 through 50,
25
                           Defendants.
26

27

28
                                    1

1  In accordance with Local Rule 7-12, the parties in the above-captioned action, through their respective counsel, stipulate as follows:

WHEREAS defendant National Audubon Society, Inc. ("Defendant") filed and served on November 23, 2011 its Motion to Strike Pursuant to California's Anti-SLAPP Statute [C.C.P. § 425.16] and to Dismiss for Failure to State a Claim ("Motion"), which is scheduled for hearing in this Action on January 4, 2012 at 9:00 a.m. before Honorable Nathanael Cousins of this Court; and

WHEREAS the deadline for Plaintiffs' opposition to the Motion under Local Rule 7-3 currently is December 7, 2011; and

WHEREAS both of Plaintiffs' Counsel, John Briscoe and Richard Wallace, are out of town at previously scheduled events and unavailable to prepare the opposition until they return to their office during the week of December 4, 2011; and

WHEREAS to accommodate Counsel's schedules the parties have agreed to extend the deadlines for the opposition and reply briefs concerning the Motion, and to continue the hearing for the Motion;

IT IS HEREBY STIPULATED:

1. Plaintiffs' opposition to the Motion shall be filed and served no later than December 21, 2011.

2. Defendant's reply to the opposition regarding the Motion shall be filed and served no later than January 11, 2012.

3  The hearing for the Motion shall be continued to January 25, 2012 at 9:00 a.m. before Honorable Nathanael Cousins, Courtroom A, 19th Floor of this Court, or at such other date and time that are convenient for the Court.

4. This Stipulation may be executed in counterparts.

DATED: November 28, 2011               BRISCOE IVESTER & BAZEL LLP

                                       By: _____
                                           RICHARD WALLACE
                                           Attorneys for Plaintiffs

2

STIPULATION FOR BRIEFING SCHEDULE AND TO CONTINUE HEARING      CASE NO. C 11-05599 NC

1  DATED: November 29, 2011          JONES DAY

2                                    By: _____
3                                        DAVID L. WALLACH
                                         Attorneys for Defendant
4                                        National Audubon Society, Inc.

5

6

7                                   **ORDER**

8       BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING

9  THERFOR,

10      IT IS HEREBY ORDERED:

11      1.     Plaintiffs' opposition to the Motion shall be filed and served no later than

12 December 21, 2011.

13      2.     Defendant's reply to the opposition regarding the Motion shall be filed and served

14 no later than January 11, 2012.

15      3.     The hearing for the Motion shall be continued to January 25, 2012 at 9:00 a.m.

16 before Honorable Nathanael Cousins, Courtroom A, 19th Floor of this Court.

17

18 Dated: 12/13/2011                    _____
                                        HONORABLE NATHANAEL COUSINS
19

20 69764v1

---

3

STIPULATION FOR BRIEFING SCHEDULE AND TO CONTINUE HEARING          CASE NO. C 11-05599 NC