UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RAYNAL and others,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AUDUBON SOCIETY, INC.,<br><br>Defendant. | Case No. 11-cv-05599 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 4 |

Defendant National Audubon Society moves to strike portions of Plaintiffs' complaint or to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 4. Plaintiffs oppose the motion. Dkt. No. 11. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing currently scheduled for January 25, 2012, is VACATED.

IT IS SO ORDERED.

DATED: January 18, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge