UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RAYNAL and others, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL AUDUBON SOCIETY, INC., <br><br> Defendant. | Case Number 11-cv-05599 NC <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. Nos. 2, 4 |

A case management conference currently is scheduled for February 29, 2012. Dkt. No. 2. As the motion to strike or to dismiss for failure to state a claim filed by National Audubon Society currently is under submission, the case management conference is VACATED. *See* Dkt. No. 4. The Court may reschedule the conference after its determination of the motion.

IT IS SO ORDERED.

DATED: February 22, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge