UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RAYNAL and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL AUDUBON SOCIETY, INC.,<br><br>    Defendant. | Case No. 11-cv-05599 NC<br><br>**ORDER REQUIRING AUDOBON TO PRODUCE DOCUMENTS**<br><br>Re: Dkt. No. 60 |

On July 3, 2012, the court granted plaintiffs' request to conduct limited discovery before filing their opposition to Audubon's motion to strike. Dkt. No. 59. In response to that order, plaintiffs request that Audubon be ordered to produce documents in response to seventeen requests for documents. Dkt. No. 60. As plaintiffs have shown that the facts to be elicited from the responsive documents are essential to their opposition to Audobon's motion, Audubon is ordered to produce by August 9, 2012, all non-privileged documents responsive to each of the requests in plaintiffs' statement and a privilege log for any documents it withholds as privileged.

IT IS SO ORDERED.

Date: July 9, 2012

                                          Nathanael M. Cousins
                                          United States Magistrate Judge