UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Richard W. Wieking General Court Number
Clerk of Court 408-535-5363

March 25, 2015

CASE NUMBER:  11-cv-05599-NC

CASE TITLE: Raynal v. National Audubon Society, Inc.

USCA NUMBER:  12-17806 and 13-15034

DATE MANDATE FILED:  3/18/2015

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

RICHARD W. WIEKING, Clerk

*Sandy Morris*
by:  Sandy Morris
Case Systems Administrator
(408) 535-5382